AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

*Plaintiff(s)*

v.   Civil Action No.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

Date: December 2, 2025

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

| Case:<br>25cv14627 | Court:<br>UNITED STATES DISTRCIT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | County: | Job:<br>14718273 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Mid-America Carpenters Regional Council Pension Fund, et al. | | **Defendant / Respondent:**<br>Metro Facility Service, Inc. | |
| **Received by:**<br>Kyle Shearer | | **For:**<br>McGann, Ketterman & Rioux | |
| **To be served upon:**<br>Metro Facility Service, Inc. c/o Robert J. Weiler, Reg. Agt. | | | |

Kyle Shearer, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

| | |
|---|---|
| **Recipient Name / Address:** | Metro Facility Service, Inc. c/o Robert J. Weiler, Reg. Agt. 1030 Kemman Avenue, La Grange Park, IL 60526 |
| **Manner of Service:** | Corporation, Dec 5, 2025, 4:36 pm CST |
| **Documents:** | Summons, Complaint |

**Additional Comments:**
1) Successful Attempt: Dec 5, 2025, 4:36 pm CST at 1030 Kemman Avenue, La Grange Park, IL 60526 received by Robert J. Weiler.. Age: 85; Ethnicity: Caucasian; Gender: Male; Weight: 140; Height: 5'8"; Hair: Gray; Relationship: Registered agent ; Other: Robert weller 5/16/40 White male, 5' 8" tall, 140 pounds, 85 years of age, with grey hair, wearing a red flannel and white pants;
On 12/05/2025 at 4:36PM I arrived at 1030 Kemman Ave. Lagrange Park IL 60526. The building is described as a single family home made of red brick with brown trim. I knocked on the door. A White male, 5' 8" tall, 140 pounds, with grey hair, wearing a red flannel and white pants answered. I stated that I had legal documents for Robert Weiler. He identified himself as Robert Weiler(DoB 05/16/1940). He stated he knew what they were for and accepted them without incident.

_/s/ Kyle Shearer_ 12/06/2025

Kyle Shearer Date
129.458751

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_/s/ Kyle Shearer_ 12/06/2025

Kyle Shearer Date
129.458751

Windy City Process Serving Inc.
3400 W 111th St #446
Chicago, IL 60655
117.001816